ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

EMORY T. HURLEY
Arizona State Bar No. 014812
Assistant United States Attorney
Two Renaissance Square
40 N. Central Ave., Ste. 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Facsimile: (602) 514-7760
E-Mail: emory.hurley@usdoj.gov
*Attorneys for Defendant*
*United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| EDWARD JOSEPH BLANCO, | Chapter 7 |
| Debtor, | Bankruptcy No. 2:17-bk-1769-DPC |
| _____ | Adversary No. 2:17-ap-400-DPC |
| JILL H. FORD, Chapter 7 Trustee, | **NOTICE OF APPEARANCE** |
| Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF THE TREASURY, a United States agency; EDWARD JOSEPH BLANCO and ITZEL BLANCO, husband and wife, | |
| Defendants. | |

PLEASE TAKE NOTICE that Emory T. Hurley, Assistant United States Attorney for the District of Arizona, represents the United States of America, Department of the Treasury, as of this date.

Please send the undersigned all further pleadings, papers and notices which must be sent to any party in this case.

EMORY T. HURLEY
Assistant U.S. Attorney
40 N. Central Ave., Suite 1200
Phoenix AZ 85004-4408
Tel: (602) 514-7678
Facsimile: (602) 514-7760
emory.hurley@usdoj.gov

Respectfully submitted October 5, 2017.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

*s/ Emory T. Hurley*
EMORY T. HURLEY
Assistant U.S. Attorney
*Attorneys for Defendant United States*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing which transmitted a copy to the following registrant of the CM/ECF System:

PATRICK T. DERKSEN
WITTHOFT DERKSEN, PC
3550 N. Central Avenue
Suite 1006
Phoenix, AZ 85012
*Attorneys for Trustee Jill Ford*

DWAYNE FARNSWORTH
FARNSWORTH LAW OFFICES, INC.
1837 S Mesa Dr Ste A103
Mesa, AZ 85210
*Attorney for Defendants Edward and Itzel Blanco*

*s/Amber M. Carter, Paralegal*
United States Attorney's Office